```
                                                           FILED
                                                    U.S. DISTRICT COURT
                                                       AUGUSTA DIV.
          IN THE UNITED STATES DISTRICT COURT
                                                    2006 FEB -1  AM 9: 07
         FOR THE SOUTHERN DISTRICT OF GEORGIA

                      AUGUSTA DIVISION              CLERK _____
                                                       SO. DIST. OF GA.
```

STEVEN BERNARD BOYD,            )
                                )
         Movant,                )
                                )
    v.                          )    CV 105-200
                                )    (CR 198-12)
UNITED STATES OF AMERICA,       )
                                )
         Respondent.            )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Movant's Title 28, United States Code, Section 2255 motion is **DENIED** and this civil action is **CLOSED**.

SO ORDERED this 1st day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE